HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorney for Defendant
RONALD LANGDON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:23-CR-0229 KJM |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EARLY |
| | ) | TERMINATION OF SUPERVISION |
| v. | ) | |
| | ) | |
| RONALD LANGDON, | ) | Judge: Hon. Kimberly J. Mueller |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

Pursuant to 18 U.S.C §3583(e)(1), the Court hereby TERMINATES the term of supervised release imposed in this case and discharges Mr. Langdon for the reasons set forth in his UNOPPOSED Motion and the Exhibits submitted in support.

DATED:  September 26, 2025.

_____
UNITED STATES DISTRICT JUDGE